```
 1  William R. Golden, Jr., Esq.
    (Pro Hac Vice)
 2  Michelle M. Graham, Esq.
    (Pro Hac Vice)
 3  KELLEY DRYE & WARREN LLP
 4  101 Park Avenue
    New York, New York 10178
 5  Tel. (212) 808-7800; Fax (212) 808-7897

 6
    Jay Ziegler, Esq. (SBN: 54877)
 7  William M. Miller, Esq. (SBN: 216289)
    BUCHALTER, NEMER, FIELDS & YOUNGER
 8  601 South Figueroa Street, Suite 2400
    Los Angeles, CA 90017-5704
 9  Tel. (213) 891-0700; Fax (213) 630-5702

10  John Bergin (of counsel)
    Chief Trademark Counsel
11  Avon Products, Inc.

12  Attorneys for Defendant
    AVON PRODUCTS, INC.
13
```



FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY



ENTERED
CLERK, U.S. DISTRICT COURT
JUN 14 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN RHOADES, an individual, and DERMANEW, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AVON PRODUCTS, INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MANUEL L. REAL<br><br>CASE NO. 05-02169 R (MANx)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT AVON PRODUCTS, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)<br><br>Date: N/A<br>Time: N/A<br>CTRM: 8 |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).



DOCKETED ON CM
JUN 14 2005
BY ___ 003

BNFY 568744v1                                         CASE NO. 05-02169 R (MANx)

## [~~PROPOSED~~] ORDER

On June 13, 2005, Defendant AVON PRODUCTS, INC.'s ("Defendant") Motion to Dismiss Plaintiffs DEAN RHOADES and DERMANEW, INC.'s ("Plaintiffs") action for declaratory relief pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) came on regularly for hearing in the above captioned matter.

The Court, having read the points and authorities in support of, and in opposition to, the motion and exhibits thereto, and having considered all of the evidence in the Court's files and records in this matter, and the oral argument of counsel, and good cause appearing:

**IT IS HEREBY ORDERED** that, Defendant's Motion to Dismiss Plaintiffs' Complaint and First Amended Complaint for Declaratory Relief is GRANTED. Accordingly, Plaintiffs' Complaint and First Amended Complaint for Declaratory Relief are hereby immediately dismissed with prejudice.

Dated: June 13, 2005

_____
THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, Carole Shannon Gordon, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, NEMER, FIELDS & YOUNGER, A Professional Corporation, 601 South Figueroa Street, Suite 2400, Los Angeles, California 90017-5704.

On the date set forth below, I served the foregoing document described as:

**[PROPOSED] ORDER GRANTING DEFENDANT AVON PRODUCTS, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED.R. CIV.P.12(B)(1) AND 12(B)(6)**

on all other parties and/or their attorney(s) of record to this action by _____ faxing and/or _X_ placing a true copy thereof in a sealed envelope as follows:

Steven A. Freund, Esq.
Law Offices of Steven A. Freund
1801 Century Park East, Suite 2200
Los Angeles, CA  90067

☒ **BY MAIL**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter, Nemer, Fields & Younger in Los Angeles, California on **June 13, 2005**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on **June 13, 2005** at Los Angeles, California.

Carole Shannon Gordon

(Signature)

BUCHALTER, NEMER,
FIELDS & YOUNGER
ATTORNEYS AT LAW
LOS ANGELES

BNFY
561863v1
3:05 PM

**PROOF OF SERVICE**