Steven A. Freund, Esq. (State Bar No. 182645)
Donald B. Rosen, Esq. (State Bar No. 179961)
LAW OFFICES OF STEVEN A. FREUND
1801 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 284-7929
Facsimile: (310) 284-8341

Attorneys for Plaintiffs
Dean Rhoades and Dermanew, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN RHOADES, an individual, and DERMANEW, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>AVON PRODUCTS, INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 05-02169 R (MANx)<br><br>Assigned for all purposes to the Hon. Manuel L. Real<br><br>[~~PROPOSED~~] ORDER ~~REGARDING~~ Denying PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER CORRECTING THIS COURT'S JUNE 14, 2005 ORDER UPON DEFENDANT'S MOTION TO DISMISS UNDER FED.R.CIV.P.12(B)(1).<br><br>Date: June 20, 2005<br>Time: N/A<br>CTRM: 8 |

///

///

///

Printed on recycled paper

1

1  GOOD CAUSE APPEARING, Plaintiffs' *Ex Parte* Application is granted and this
2  Court's June 14, 2005, Order is modified by deleting any reference to Rule 12(b)(6) and
3  by stating the dismissal of this action is without prejudice. Plaintiffs are ordered to lodge
4  and serve within five (5) days of this Order a [Proposed] Amended Order incorporating
5  the above modifications, and/or
6  GOOD CAUSE APPEARING,_____
7  _____
8  _____.
9
10  Plaintiffs are ordered to give notice of this Order to all parties.
11
12  **IT IS SO ORDERED.**  **DENIED**
13
14
15
16  Dated: _____       _____
                                Hon. Manuel L. Real
17
18
...
28  Printed on recycled paper                2

[PROPOSED] ORDER UPON PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER CORRECTING THIS
COURT'S JUNE 14, 2005 ORDER UPON DEFENDANT'S MOTION TO DISMISS UNDER
FED.R.CIV.P.12(B)(1)

Case No. 05-02169 R (MANx)

LAW OFFICES OF STEVEN A. FREUND
1801 CENTURY PARK EAST, SUITE 2200
LOS ANGELES, CALIFORNIA 90067

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the subject action. My business address is 1801 Century Park East, Suite 2200, Los Angeles, California 90067.

On June 20, 2005, I served the foregoing documents described as:

**[PROPOSED] ORDER REGARDING PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER CORRECTING THIS COURT'S JUNE 14, 2005 ORDER UPON DEFENDANT'S MOTION TO DISMISS UNDER FED.R.CIV.P.12(B)(1)**

on the interested parties in the above-captioned related actions as follows:

[ X ] by placing [   ] the original [ X ] a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| William R. Golden, Jr. | Jay R. Ziegler, Esq. |
| Michelle M. Graham, Esq. | William M. Miller, Esq. |
| Kelley, Drye & Warren, LLP | Buchalter, Nemer, et al. |
| 101 Park Avenue | 601 S. Figueroa St., Suite 2400 |
| New York, NY  10178 | Los Angeles, CA  90017 |

[ X ] **BY MAIL.** I am "readily familiar" with the practice of this firm for the collection and processing of documents and correspondence for mailing. Under that practice the above-described document was deposited, with first class postage fully prepaid, with the U.S. Postal Service on the same day as shown on this proof of service, at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

[ X ] **BY FACSIMILE MACHINE:** The foregoing document was transmitted to the above-named persons by facsimile transmission from (310)284-8341 before 5:00 p.m. on said date and the transmission was reported as complete and without error.

[ X ] **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on June 20, 2005, at Los Angeles, California.

_Stefanie Vasquez_
(name)

_____
(signature)

LAW OFFICES OF STEVEN A. FREUND
1801 CENTURY PARK EAST, SUITE 2200
LOS ANGELES, CALIFORNIA 90067

Printed on recycled paper

3

[PROPOSED] ORDER UPON PLAINTIFFS' *EX PARTE* APPLICATION FOR AN ORDER CORRECTING THIS COURT'S JUNE 14, 2005 ORDER UPON DEFENDANT'S MOTION TO DISMISS UNDER FED.R.CIV.P.12(B)(1)

Case No. 05-02169 R (MANx)