JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN RHOADES, an individual, and DERMANEW, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>AVON PRODUCTS, INC., a New York corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br><br>AVON PRODUCTS, INC.,<br><br>    Counterclaimant,<br><br>    v.<br><br>DEAN RHOADES and DERMANEW, INC.,<br><br>    Counterdefendants. | Case No. CV 05-02169 GAF (MANx)<br><br>Assigned to Hon. Gary A. Feess<br><br>**ORDER RE: DISMISSAL**<br><br>Trial Date:    September 29, 2009 |

1  Having read the parties' concurrently filed Stipulation,

2  IT IS HEREBY ORDERED that this action is dismissed without prejudice
3  pursuant to the terms of the parties' written settlement agreement.

5  IT IS SO ORDERED.

Dated: July 1, 2009

_____
Hon. Gary A. Feess
United States District Court Judge